**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: James J. Reece            **BK NO. 22-02459 HWV**

Debtor(s)

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
28 Dec 2022, 09:43:38, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:22-bk-02459-HWV    Doc 11    Filed 12/28/22    Entered 12/28/22 15:33:59    Desc
Main Document     Page 1 of 1
Document ID: 1cf3f3b6b60b4f4e89e1b1aa73e2b0e426ef67946153c7397ac133d9fb6c6c1e