

**Comcast (CC) of Willow Grove**
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10017242
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| James Reece | Comcast (CC) of Willow Grove | 10017242 | 09/18/2022 | 10/01/2022 | 10/07/2022 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 53.73 | 3,246.80 | 561.79 | 342.22 | 406.20 | 1,936.59 |
| YTD | 1,508.58 | 73,718.30 | 11,369.29 | 9,004.50 | 6,425.20 | 46,919.31 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Award Day | | | | | 2,700.80 |
| Callout (Callout) | 09/18/2022 - 09/24/2022 | 2.73 | 33.76 | 92.17 | 2,998.50 |
| Callout Guarantee (Callout Guar | 09/18/2022 - 09/24/2022 | 3.27 | 33.76 | 110.40 | 913.42 |
| Callout (Overtime) | | | | | 336.41 |
| Callout (Overtime Premium) | | | | | 181.08 |
| Flex Day | 09/18/2022 - 09/24/2022 | 8 | 33.76 | 270.08 | 1,345.23 |
| Flex Payout | | | | | 227.26 |
| Holiday OT | | | | | 736.46 |
| Holiday Premium | | | | | 413.92 |
| Non-Cash GU Zero Net | | | | | 61.94 |
| Overtime Pay | 09/18/2022 - 09/24/2022 | 3.73 | 33.76 | 125.93 | |
| Overtime Pay | 09/25/2022 - 10/01/2022 | 2 | 33.76 | 67.52 | 6,138.13 |
| Overtime Premium | 09/18/2022 - 09/24/2022 | 3.73 | 18.37 | 68.53 | |
| Overtime Premium | 09/25/2022 - 10/01/2022 | 2 | 16.88 | 33.76 | 3,412.64 |
| Quarterly Frontline Bonus | | | | | 3,507.04 |
| Regular Pay - Hourly | 09/18/2022 - 09/24/2022 | 29.27 | 33.76 | 988.16 | |
| Regular Pay - Hourly | 09/25/2022 - 10/01/2022 | 16 | 33.76 | 540.16 | 39,616.49 |
| Retro Adjustment Premium | | | | | -467.92 |
| Shift Differential (Evening Shift) | 09/18/2022 - 09/24/2022 | 1.25 | | 1.88 | 45.53 |
| Shift Differential (Night Shift) | 09/18/2022 - 09/24/2022 | 1.48 | | 2.97 | 161.34 |
| Standby (Standby $45) | 09/18/2022 - 09/24/2022 | | | 135.00 | 4,905.00 |
| Vacation Pay | 09/25/2022 - 10/01/2022 | 24 | 33.76 | 810.24 | 4,958.47 |
| Holiday Pay | | | | | 1,332.48 |
| Shift Differential (Afternoon Shift) | | | | | 14.08 |
| Standby (Standby $60) | | | | | 180.00 |
| Earnings | | | | 3,246.80 | 73,718.30 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 179.09 | 4,149.64 |
| Medicare | 41.88 | 970.48 |
| Federal Withholding | 0.00 | 1,080.91 |
| State Tax - PA | 88.48 | 2,051.10 |
| SUI-Employee Paid - PA | 1.95 | 44.26 |
| City Tax - NLEBN | 28.82 | 668.11 |
| PA LST - NLEBN | 2.00 | 40.00 |
| Employee Taxes | 342.22 | 9,004.50 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 194.81 | 4,419.39 |
| Dental | | 24.89 | 472.91 |
| Health Care Reimb Acct | | 115.53 | 2,172.35 |
| Medical | | 215.50 | 4,094.50 |
| Vision | | 11.06 | 210.14 |
| Pre-tax Deductions | | 561.79 | 11,369.29 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 324.71 | 5,520.07 |
| ACH JPM/Bank One | | | -673.23 |
| Child AD&D Insurance | | 0.13 | 2.47 |
| Child Life Insurance | | 0.68 | 12.92 |
| LTD Retro | | | 0.53 |
| Life and AD&D Retro | | | 0.54 |
| Non-Cash Gross-up Offset | | | 42.03 |
| Personal (Accident Personal) | | 7.80 | 148.20 |
| Personal (CritCare Personal) | | 21.40 | 406.60 |
| Spouse AD&D Insurance | | 1.30 | 24.70 |
| Spouse Life Insurance | | 15.75 | 299.25 |
| Supp LTD 60% | | 13.87 | 258.26 |
| Supplemental AD&D Ins | | 6.32 | 117.68 |
| Supplemental Life Ins | | 14.24 | 265.18 |
| Post-tax Deductions | | 406.20 | 6,425.20 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 2.31 | 43.11 |
| Taxable GTL | 6.44 | 118.24 |
| Taxable Non-Cash Event | 8.75 | 161.35 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 15 | 15 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WELLS FARGO BANK | WF | ******8551 | | 1,936.59 | USD |



**Comcast (CC) of Willow Grove**
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10017242
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| James Reece | Comcast (CC) of Willow Grove | 10017242 | 10/02/2022 | 10/15/2022 | 10/21/2022 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 77.20 | 3,234.23 | 559.83 | 344.44 | 421.59 | **1,908.37** |
| YTD | 1,585.78 | 76,952.53 | 11,929.12 | 9,348.94 | 6,846.79 | **48,827.68** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Award Day | | | | | 2,700.80 |
| Callout (Callout) | | | | | 2,998.50 |
| Callout Guarantee (Callout Guar) | | | | | 913.42 |
| Callout (Overtime) | | | | | 336.41 |
| Callout (Overtime Premium) | | | | | 181.08 |
| Flex Day | | | | | 1,345.23 |
| Flex Payout | | | | | 227.26 |
| Holiday OT | | | | | 736.46 |
| Holiday Premium | 09/04/2022 - 09/10/2022 | 3.3 | -18.41 | -60.74 | |
| Holiday Premium | 09/04/2022 - 09/10/2022 | 3.3 | 18.45 | 60.87 | 414.05 |
| Non-Cash GU Zero Net | 09/01/2022 - 09/30/2022 | | | 20.00 | 81.94 |
| Overtime Pay | 10/02/2022 - 10/08/2022 | 0.5 | 34.44 | 17.22 | |
| Overtime Pay | 10/09/2022 - 10/15/2022 | 4.7 | 34.44 | 161.87 | 6,317.22 |
| Overtime Premium | 08/28/2022 - 09/03/2022 | 5.87 | -19.32 | -113.41 | |
| Overtime Premium | 08/28/2022 - 09/03/2022 | 5.87 | 19.36 | 113.65 | |
| Overtime Premium | 09/04/2022 - 09/10/2022 | 5.82 | -18.41 | -107.12 | |
| Overtime Premium | 09/04/2022 - 09/10/2022 | 5.82 | 18.45 | 107.35 | |
| Overtime Premium | 09/11/2022 - 09/17/2022 | 1.98 | -17.39 | -34.44 | |
| Overtime Premium | 09/11/2022 - 09/17/2022 | 1.98 | 17.44 | 34.53 | |
| Overtime Premium | 09/18/2022 - 09/24/2022 | 3.73 | -18.37 | -68.53 | |
| Overtime Premium | 09/18/2022 - 09/24/2022 | 3.73 | 18.41 | 68.67 | |
| Overtime Premium | 09/25/2022 - 10/01/2022 | 2 | -16.88 | -33.76 | |
| Overtime Premium | 09/25/2022 - 10/01/2022 | 2 | 16.93 | 33.85 | |
| Overtime Premium | 10/02/2022 - 10/08/2022 | 0.5 | 17.22 | 8.61 | |
| Overtime Premium | 10/09/2022 - 10/15/2022 | 4.7 | 19.24 | 90.41 | 3,512.45 |
| Quarterly Frontline Bonus | | | | | 3,507.04 |
| Regular Pay - Hourly | 10/02/2022 - 10/08/2022 | 32 | 34.44 | 1,102.08 | |
| Regular Pay - Hourly | 10/09/2022 - 10/15/2022 | 40 | 34.44 | 1,377.60 | 42,096.17 |
| Retro Adjustment Premium | | | | | -467.92 |
| Shift Differential (Evening Shift) | | | | | 45.53 |
| Shift Differential (Night Shift) | | | | | 161.34 |
| Standby (Standby $45) | 10/09/2022 - 10/15/2022 | | | 180.00 | 5,085.00 |
| Vacation Pay | 10/02/2022 - 10/08/2022 | 8 | 34.44 | 275.52 | 5,233.99 |
| Holiday Pay | | | | | 1,332.48 |
| Shift Differential (Afternoon Shift) | | | | | 14.08 |
| Standby (Standby $60) | | | | | 180.00 |
| **Earnings** | | | | **3,234.23** | **76,952.53** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 178.35 | 4,327.99 |
| Medicare | 41.71 | 1,012.19 |
| Federal Withholding | 3.64 | 1,084.55 |
| State Tax - PA | 88.10 | 2,139.20 |
| SUI-Employee Paid - PA | 1.94 | 46.20 |
| City Tax - NLEBN | 28.70 | 696.81 |
| PA LST - NLEBN | 2.00 | 42.00 |
| **Employee Taxes** | **344.44** | **9,348.94** |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 192.85 | 4,612.24 |
| Dental | | 24.89 | 497.80 |
| Health Care Reimb Acct | | 115.53 | 2,287.88 |
| Medical | | 215.50 | 4,310.00 |
| Vision | | 11.06 | 221.20 |
| **Pre-tax Deductions** | | **559.83** | **11,929.12** |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 324.71 | 5,844.78 |
| ACH JPM/Bank One | | | -673.23 |
| Child AD&D Insurance | | 0.13 | 2.60 |
| Child Life Insurance | | 0.68 | 13.60 |
| LTD Retro | | 0.28 | 0.81 |
| Life and AD&D Retro | | 0.41 | 0.95 |
| Non-Cash Gross-up Offset | | 14.01 | 56.04 |
| Personal (Accident Personal) | | 7.80 | 156.00 |
| Personal (CritCare Personal) | | 21.40 | 428.00 |
| Spouse AD&D Insurance | | 1.30 | 26.00 |
| Spouse Life Insurance | | 15.75 | 315.00 |
| Supp LTD 60% | | 14.15 | 272.41 |
| Supplemental AD&D Ins | | 6.46 | 124.14 |
| Supplemental Life Ins | | 14.51 | 279.69 |
| **Post-tax Deductions** | | **421.59** | **6,846.79** |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 2.41 | 45.52 |
| Taxable GTL | 6.90 | 125.14 |
| **Taxable Non-Cash Event** | **9.31** | **170.66** |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 15 | 15 |
| Additional Withholding | 0 | 0 |



**Comcast (CC) of Willow Grove**
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10017242
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| James Reece | Comcast (CC) of Willow Grove | 10017242 | 10/16/2022 | 10/29/2022 | 11/04/2022 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.25 | 4,761.37 | 652.66 | 763.71 | 406.89 | 2,938.11 |
| YTD | 1,666.03 | 81,713.90 | 12,581.78 | 10,112.65 | 7,253.68 | 51,765.79 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Award Day | | | | | 2,700.80 |
| Callout (Callout) | | | | | 2,998.50 |
| Callout Guarantee (Callout Guar. | | | | | 913.42 |
| Callout (Overtime) | | | | | 336.41 |
| Callout (Overtime Premium) | | | | | 181.08 |
| Flex Day | | | | | 1,345.23 |
| Flex Payout | | | | | 227.26 |
| Floating Holiday | 10/16/2022 - 10/22/2022 | 8 | 34.44 | 275.52 | 275.52 |
| Holiday OT | | | | | 736.46 |
| Holiday Premium | | | | | 414.05 |
| Non-Cash GU Zero Net | | | | | 81.94 |
| Overtime Pay | 10/16/2022 - 10/22/2022 | 3 | 34.44 | 103.32 | |
| Overtime Pay | 10/23/2022 - 10/29/2022 | 5.25 | 34.44 | 180.81 | 6,601.35 |
| Overtime Premium | 10/16/2022 - 10/22/2022 | 3 | 18.27 | 54.80 | |
| Overtime Premium | 10/23/2022 - 10/29/2022 | 5.25 | 19.71 | 103.46 | 3,670.71 |
| Quarterly Frontline Bonus | | | | 1,248.78 | 4,755.82 |
| Regular Pay - Hourly | 10/16/2022 - 10/22/2022 | 32 | 34.44 | 1,102.08 | |
| Regular Pay - Hourly | 10/23/2022 - 10/29/2022 | 40 | 34.44 | 1,377.60 | 44,575.85 |
| Retro Adjustment Premium | | | | | -467.92 |
| Shift Differential (Evening Shift) | | | | | 45.53 |
| Shift Differential (Night Shift) | | | | | 161.34 |
| Standby (Standby $45) | 10/16/2022 - 10/22/2022 | | | 90.00 | |
| Standby (Standby $45) | 10/23/2022 - 10/29/2022 | | | 225.00 | 5,400.00 |
| Holiday Pay | | | | | 1,332.48 |
| Shift Differential (Afternoon Shift) | | | | | 14.08 |
| Standby (Standby $60) | | | | | 180.00 |
| Vacation Pay | | | | | 5,233.99 |
| **Earnings** | | | | **4,761.37** | **81,713.90** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 273.01 | 4,601.00 |
| Medicare | 63.85 | 1,076.04 |
| Federal Withholding | 243.04 | 1,327.59 |
| State Tax - PA | 134.98 | 2,274.18 |
| SUI-Employee Paid - PA | 2.86 | 49.06 |
| City Tax - NLEBN | 43.97 | 740.78 |
| PA LST - NLEBN | 2.00 | 44.00 |
| **Employee Taxes** | **763.71** | **10,112.65** |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 285.68 | 4,897.92 |
| Dental | | 24.89 | 522.69 |
| Health Care Reimb Acct | | 115.53 | 2,403.41 |
| Medical | | 215.50 | 4,525.50 |
| Vision | | 11.06 | 232.26 |
| **Pre-tax Deductions** | | **652.66** | **12,581.78** |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 324.71 | 6,169.49 |
| ACH JPM/Bank One | | | -673.23 |
| Child AD&D Insurance | | 0.13 | 2.73 |
| Child Life Insurance | | 0.68 | 14.28 |
| LTD Retro | | | 0.81 |
| Life and AD&D Retro | | | 0.95 |
| Non-Cash Gross-up Offset | | | 56.04 |
| Personal (Accident Personal) | | 7.80 | 163.80 |
| Personal (CritCare Personal) | | 21.40 | 449.40 |
| Spouse AD&D Insurance | | 1.30 | 27.30 |
| Spouse Life Insurance | | 15.75 | 330.75 |
| Supp LTD 60% | | 14.15 | 286.56 |
| Supplemental AD&D Ins | | 6.46 | 130.60 |
| Supplemental Life Ins | | 14.51 | 294.20 |
| **Post-tax Deductions** | | **406.89** | **7,253.68** |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 2.36 | 47.88 |
| Taxable GTL | 6.67 | 131.81 |
| **Taxable Non-Cash Event** | **9.03** | **179.69** |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 15 | 15 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WELLS FARGO BANK | WF | ******8551 | | 2,938.11 | USD |



**Comcast (CC) of Willow Grove**
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10017242
Employee Type: Regular-Full time
FLSA Exempt: No

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| James Reece | Comcast (CC) of Willow Grove | 10017242 | 10/30/2022 | 11/12/2022 | 11/18/2022 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 95.34 | 3,876.55 | 599.57 | 446.96 | 406.89 | 2,423.13 |
| YTD | 1,761.37 | 85,590.45 | 13,181.35 | 10,559.61 | 7,660.57 | 54,188.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Award Day | | | | | 2,700.80 |
| Callout (Callout) | 10/30/2022 - 11/05/2022 | 2.45 | 34.44 | 84.38 | |
| Callout (Callout) | 11/06/2022 - 11/12/2022 | 2.83 | 34.44 | 97.47 | 3,180.35 |
| Callout Guarantee (Callout Guar) | 10/30/2022 - 11/05/2022 | 0.55 | 34.44 | 18.95 | |
| Callout Guarantee (Callout Guar) | 11/06/2022 - 11/12/2022 | 0.7 | 34.44 | 24.11 | 956.48 |
| Callout (Overtime) | 11/06/2022 - 11/12/2022 | 2.47 | 34.44 | 85.07 | 421.48 |
| Callout (Overtime Premium) | 11/06/2022 - 11/12/2022 | 2.47 | 19.60 | 48.42 | 229.50 |
| Flex Day | | | | | 1,345.23 |
| Flex Payout | | | | | 227.26 |
| Floating Holiday | | | | | 275.52 |
| Holiday OT | | | | | 736.46 |
| Holiday Premium | | | | | 414.05 |
| Non-Cash GU Zero Net | | | | | 81.94 |
| Overtime Pay | 10/30/2022 - 11/05/2022 | 2.45 | 34.44 | 84.38 | |
| Overtime Pay | 11/06/2022 - 11/12/2022 | 10.42 | 34.44 | 358.87 | 7,044.60 |
| Overtime Premium | 10/30/2022 - 11/05/2022 | 2.45 | 17.22 | 42.19 | |
| Overtime Premium | 11/06/2022 - 11/12/2022 | 10.42 | 19.60 | 204.24 | 3,917.14 |
| Quarterly Frontline Bonus | | | | | 4,755.82 |
| Regular Pay - Hourly | 10/30/2022 - 11/05/2022 | 37.55 | 34.44 | 1,293.23 | |
| Regular Pay - Hourly | 11/06/2022 - 11/12/2022 | 37.17 | 34.44 | 1,280.14 | 47,149.22 |
| Retro Adjustment Premium | | | | | -467.92 |
| Shift Differential (Evening Shift) | 11/06/2022 - 11/12/2022 | 2.68 | | 4.03 | 49.56 |
| Shift Differential (Night Shift) | 11/06/2022 - 11/12/2022 | 13.03 | | 26.07 | 187.41 |
| Standby (Standby $45) | 11/06/2022 - 11/12/2022 | | | 225.00 | 5,625.00 |
| Holiday Pay | | | | | 1,332.48 |
| Shift Differential (Afternoon Shift) | | | | | 14.08 |
| Standby (Standby $60) | | | | | 180.00 |
| Vacation Pay | | | | | 5,233.99 |
| **Earnings** | | | | **3,876.55** | **85,590.45** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 218.16 | 4,819.16 |
| Medicare | 51.02 | 1,127.06 |
| Federal Withholding | 30.52 | 1,358.11 |
| State Tax - PA | 107.82 | 2,382.00 |
| SUI-Employee Paid - PA | 2.32 | 51.38 |
| City Tax - NLEBN | 35.12 | 775.90 |
| PA LST - NLEBN | 2.00 | 46.00 |
| **Employee Taxes** | **446.96** | **10,559.61** |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 232.59 | 5,130.51 |
| Dental | | 24.89 | 547.58 |
| Health Care Reimb Acct | | 115.53 | 2,518.94 |
| Medical | | 215.50 | 4,741.00 |
| Vision | | 11.06 | 243.32 |
| **Pre-tax Deductions** | | **599.57** | **13,181.35** |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 324.71 | 6,494.20 |
| ACH JPM/Bank One | | | -673.23 |
| Child AD&D Insurance | | 0.13 | 2.86 |
| Child Life Insurance | | 0.68 | 14.96 |
| LTD Retro | | | 0.81 |
| Life and AD&D Retro | | | 0.95 |
| Non-Cash Gross-up Offset | | | 56.04 |
| Personal (Accident Personal) | | 7.80 | 171.60 |
| Personal (CritCare Personal) | | 21.40 | 470.80 |
| Spouse AD&D Insurance | | 1.30 | 28.60 |
| Spouse Life Insurance | | 15.75 | 346.50 |
| Supp LTD 60% | | 14.15 | 300.71 |
| Supplemental AD&D Ins | | 6.46 | 137.06 |
| Supplemental Life Ins | | 14.51 | 308.71 |
| **Post-tax Deductions** | | **406.89** | **7,660.57** |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 2.36 | 50.24 |
| Taxable GTL | 6.67 | 138.48 |
| **Taxable Non-Cash Event** | **9.03** | **188.72** |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 15 | 15 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| WELLS FARGO BANK | WF | ******8551 | | 2,423.13 USD |