Certificate Number: 06531-PAM-DE-037181249

Bankruptcy Case Number: 22-02459



06531-PAM-DE-037181249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 13, 2023</u>, at <u>7:48</u> o'clock <u>PM CST</u>, <u>James J Reece</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>February 13, 2023</u>          By:      <u>/s/Melissa Zahradnicek</u>

Name:   <u>Melissa Zahradnicek</u>

Title:   <u>Certified Credit Counselor</u>